ACCEPTED
01-15-00544-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 9:59:44 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00544-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/2/2015 9:59:44 AM

CHRISTOPHER A. PRINE
Clerk

TERRY NEFF AND IRON WORKERS MID-SOUTH PENSION FUND, Derivatively
on Behalf of Weatherford International Ltd.,
*Appellants*,

vs.

NICHOLAS F. BRADY, DAVID J. BUTTERS, WILLIAM E. MACAULAY, ROBERT
B. MILLARD, ROBERT K. MOSES, JR., ROBERT A RAYNE, BERNARD J.
DUROC-DANNER AND BURT M. MARTIN, AND WEATHERFORD
INTERNATIONAL LTD. A SWISS CORPORATION,
*Appellees*.

---

Appeal from the 270th Judicial District Court
Harris County, Texas
No. 2010-40764

---

BENNY C. GOODMAN III'S UNOPPOSED MOTION FOR *PRO HAC VICE*
ADMISSION

---

Joe Kendall
SBN 11260700
Jamie J. McKey
SBN 24045262
KENDALL LAW GROUP, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com
T: (214) 744-3000/ F: (214) 744-3015

Benny C. Goodman III
CA SBN 211302
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
T: (619) 231-1058
F: (619) 231-7423

Attorneys for Appellants

1093752_1

I, Benny C. Goodman III, under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX, file this Unopposed Motion for *Pro Hac Vice* Admission to appear before the Court.

## I.    FACTS

1.    As a mandatory initial requirement, I have complied with the requirements of Texas Government Code §82.0361 concerning payment of a non- resident attorney fee to the Board of Law Examiners. A true and correct copy of the Non-Resident Acknowledgment Letter is attached hereto as Exhibit A.

2.    I am associated with Jamie J. McKey of Kendall Law Group, who will personally participate in the proceedings of this case. Jamie J. McKey is a practicing attorney and a member of the State Bar of Texas. Ms. McKey's State Bar card number is 24045262 and her office address, telephone number, and facsimile number are: Kendall Law Group, LLP, 3232 McKinney Avenue, Suite 700, Dallas, Texas 75204, Telephone: (214) 744-3000, Facsimile: (214) 744-3015.

3.    I am an active member in good standing of the following jurisdictions: State of California; U.S. District Court for Northern, Central, and Southern Districts of California; United States District Court for the District of Columbia; and the U.S. Court of Appeals for the D.C., Sixth and Seventh Circuits.

4.    I have not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction in which I am licensed.

- 1 -

5. I have not been denied admission to the courts of any state or to any federal court during the last five years.

6. I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Texas, and I will abide by and comply with those rules as long as this cause of action is pending.

7. I have not appeared or sought leave to appear in the following Texas State courts in the last two years.

8. My office address, telephone number, and facsimile number are: Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, Telephone: (619) 231-1058, Fax: (619) 231-7423.

## II. PRAYER

For these reasons, I ask this Court to grant my Unopposed Motion for *Pro Hac Vice* Admission and to allow me to appear before this Court until the conclusion of this cause of action.

DATED: November 30, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
BENNY C. GOODMAN III

BENNY C. GOODMAN III

- 2 -

655 West Broadway, Suite 1900
San Diego, CA 92101
T: (619) 231-1058
F: (619) 231-7423

KENDALL LAW GROUP, LLP
JOE KENDALL
JAMIE J. MCKEY
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
T: (214) 744-3000
F: (214) 744-3015

Attorneys for Appellants

1093752_1

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I hereby certify that counsel for Appellants conferred with counsel for Appellees regarding Benny C. Goodman III Motion for *Pro Hac Vice* Admission. Counsel for Appellees confirmed that Appellees do not oppose the motion.

_____
BENNY C. GOODMAN III

1093752_1

## AFFIDAVIT

STATE OF CALIFORNIA )
                               ) ss:
COUNTY OF SAN DIEGO )

Comes now Benny C. Goodman III, of lawful age, being first duly sworn, and states for his affidavit supporting the within Unopposed Motion for *Pro Hac Vice* Admission that the above-mentioned facts are true based upon his knowledge, information, and belief.

_____
BENNY C. GOODMAN III

Sworn to and subscribed before me this 30th day of November, 2015

_____
Notary Public, State of California

My commission expires: ___10/9/19___

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

DEBORAH D. HAYES
Commission # 2126468
Notary Public - California
San Diego County
My Comm. Expires Oct 9, 2019

- 5 -

1093752_1


EXHIBIT A

**Board of Law Examiners**
Appointed by the Supreme Court of Texas
P.O.Box 13486  *  Austin, Texas  78711-3486

**Acknowledgment Letter**
**Non-Resident Attorney Fee**

November 20, 2015

To: spatel@rgrdlaw.com
Via: spatel@rgrdlaw.com

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requestingt o participate."

**This Acknowledgement Letter serves as prooft hatt he Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney:** Benny C. Goodman III

**Case:** 01-15-00544-CV

**Texas court or body:** First Court of Appeals Houston Texas

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule XIX(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule XIX(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which iti s filed.

For more information, please see Rule XIX of the Rules Governing Admission to the Bar of Texas and §82.0361 of the Texas Government Code, which can be found on the Board's website.

Sincerely,

Susan Henricks
Executive Director

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2015, a true and correct copy of the foregoing motion was served on the following counsel in the manner indicated:

| | |
|---|---|
| James A. Reeder, Jr.<br>Jeffrey S. Johnston<br>Stacy M. Neal<br>Nicholas Shum<br>Stephanie Miller<br>VINSON & ELKINS LLP<br>1001 Fannin St., Suite 2500<br>Houston, TX 77002<br>jreeder@velaw.com<br>jjohnston@velaw.com<br>sneal@velaw.com<br>nshum@velaw.com<br>smiller@velaw.com<br>**VIA E-FILE AND E-MAIL** | Rebecca N. Brandt<br>LATHAM & WATKINS LLP<br>811 Main Street, Suite 3700<br>Houston, TX 77002<br>rebecca.brandt@lw.com<br>**VIA E-FILE AND E-MAIL** |
| N. Scott Fletcher<br>Elizabeth G. Myers<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>sfletcher@jonesday.com<br>egmyers@jonesday.com<br>**VIA E-FILE AND E-MAIL** | Peter A. Wald<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>peter.wald@lw.com<br>**VIA E-FILE AND E-MAIL** |
| Robert S. Bennett<br>Ellen Kennedy<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>robert.bennett@hoganlovells.com<br>ellen.kennedy@hoganlovells.com<br>**VIA E-FILE AND E-MAIL** | Kevin H. Metz<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>kevin.metz@lw.com<br>**VIA E-FILE AND E-MAIL** |

1093752_1

|  | Noelle M. Reed<br>Charles W. Schwartz<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1000 Louisiana Street, Suite 6800<br>Houston, TX 77002<br>noelle.reed@skadden.com<br>charles.schwartz@skadden.com<br>**VIA E-FILE AND E-MAIL** |
|---|---|

BENNY C. GOODMAN III